FILED
JUN 15 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO GONZALEZ,<br>    Petitioner,<br>    v.<br>RANDY GROUNDS, WARDEN,<br>    Respondent. | Case No.  CV 10-2934-PA (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: June 12, 2010

_____
Percy Anderson
United States District Judge